TOMAS MORALES (SBN 146578)
tmorales@equityag.net
NATHANIEL R. SMITH (SBN 257615)
nsmith@equityag.net
Unit 1, 3160 Lionshead Avenue
Carlsbad CA 92010
Telephone:  (760) 597-7011
Facsimile:   (760) 579-7029

Attorney for Plaintiff
JCM FARMING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JCM FARMING INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER CALIFORNIA, INC., a California corporation; FRONTIER COMMUNICATIONS OF AMERICA, INC., a Delaware corporation; FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 5:20-cv-00298 JGB(SHKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Jesus G. Bernal<br>Courtroom: 1 |

1      PLEASE TAKE NOTICE THAT the parties have reached an agreement in
2 principle to settle this action. The parties will proceed expeditiously to formalize their
3 agreement in principle and file thereafter a notice of dismissal.

4

5 DATED: July 5, 2022            Respectfully submitted,
6

7                                     By: /s/ *Nathaniel R. Smith*
8                                          Tomas Morales (SBN 146578)
9                                          Nathaniel R. Smith (SBN 257615)
10                                         Unit 1, 3160 Lionshead Avenue
                                            Carlsbad, CA 92010
11                                         (760) 597-7011
12                                         Attorneys for Plaintiff
13                                         JCM Farming, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28