TOMAS MORALES (SBN 146578)
tmorales@equityag.net
Unit 1, 3160 Lionshead Avenue
Carlsbad CA 92010
Telephone:   (760) 597-7011
Facsimile:   (760) 579-7029

Attorney for Plaintiff
JCM FARMING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JCM FARMING INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER CALIFORNIA, INC., a California corporation; FRONTIER COMMUNICATIONS OF AMERICA, INC., a Delaware corporation; FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 5:20-cv-00298 JGB(SHKx)<br><br>**NOTICE OF DISMISSAL OF COMPLAINT**<br><br><br>Judge:  Hon. Jesus G. Bernal<br>Courtroom: 1 |

<u>PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT</u>

Plaintiff JCM FARMING INC., a California corporation ("JCM") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action on its' behalf individually in the complaint against Defendants FRONTIER CALIFORNIA, INC., a California corporation; FRONTIER COMMUNICATIONS OF AMERICA, INC., a Delaware corporation; FRONTIER COMMUNICATIONS CORPORATION, a Delaware corporation ("Frontier") with prejudice.

1    Plaintiff JCM, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

2  Procedure, hereby dismisses all causes of action on behalf of all others similarly

3  situated in the complaint against Defendants Frontier, without prejudice.

4

5

6  DATED:  August 18, 2022                    Respectfully submitted,

7

8                                     By:  /s/ *Tomas Morales*
                                            Tomas Morales (SBN 146578)
9                                           Unit 1, 3160 Lionshead Avenue
                                            Carlsbad, CA 92010
10                                          (760) 597-7011

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT